PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>(1)   VICTOR ZERMENO,<br>(2)   MATTHEW MENDEZ,<br>(3)   MIGUEL BARRAGAN,<br>(4)   JOEY MAGADAN,<br>(5)   JONATHAN MALDONADO,<br>(6)   EZEQUIEL GUZMAN,<br>(7)   VICTOR DIAZ,<br>(8)   FRANCISCO DIAZ,<br>(9)   EDUARDO AMEZCUA,<br>(10) MICHAEL NERI,<br>(11) ALEJANDRO HAWKINS,<br>(12) FRANCISCO FERMAN,<br>(13) IVAN HERNANDEZ,<br><br>    Defendants. | 1:23-MJ-0058-SKO<br><br>ORDER TO UNSEAL |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and arrest warrants in the above-captioned matters be, and are, hereby ordered unsealed.

[PROPOSED] ORDER TO UNSEAL

Dated: _May 25, 2023_                    _____
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE