1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  1:23-CR-00115-ADA-BAM

12                        Plaintiff,         STIPULATION SCHEUDLING ARRAIGNMENT,
                                             CONTINUING STATUS CONFERENCE, AND
13              v.                           REGARDING EXCLUDABLE TIME PERIODS
                                             UNDER SPEEDY TRIAL ACT; FINDINGS AND
14 VICTOR JAVIER ZERMENO, a/k/a              ORDER
   "Moreno," a/k/a "Negro" ;
15 MIGUEL BARRAGAN, a/k/a "Mikey," a/k/a     DATE: September 27, 2023
   "Mikey Banger," a/k/a "MB";              TIME: 1:00 p.m.
16 EZEQUIEL GUZMAN, a/k/a "Cheque";          COURT: Hon. Barbara A. McAuliffe
   JOEY MAGADAN;
17 JONATHAN MALDONADO, a/k/a "Sirjohn";
   MATTHEW PETE MENDEZ, a/k/a "Mateo";
18 ALEJANDRO HAWKINS;
   VICTOR AGUILAR DIAZ;
19 FRANCISCO SALINAS DIAZ, a/k/a "Kid,"
   a/k/a "Kip";
20 FRANCISCO FERMAN;
   IVAN ALEJANDRO HERNANDEZ;
21 MICHAEL NERI, a/k/a "Chorro";
   EDUARDO AMEZCUA, a/k/a "E"; and
22 JORGE DELORES CRUZ, a/k/a "Jorge
   Dolores",
23
                          Defendants.
24

25                                **STIPULATION**

26        1.      On August 21, 2023, a grand jury returned a superseding indictment in this case.  As a

27 result, the defendants must be arraigned on the charges.

28        2.      The parties move to schedule an arraignment on the superseding indictment on

September 27, 2023, at 2:00 pm.

3.      By previous order, this matter was also set for status on September 27, 2023.

4.      By this stipulation, defendants now move to continue the status conference until January 10, 2024, and to exclude time between September 27, 2023, and January 10, 2024, under Local Code T4.

5.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), thousands of pages of social media content, and hours of recorded, intercepted communications.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, conduct research, explore a pretrial resolution of the case, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2023 to January 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial..

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 18, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 18, 2023

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
Victor Zermeno

Dated:  September 18, 2023

/s/ PETER JONES
PETER JONES
Counsel for Defendant
Miguel Barragan

Dated:  September 18, 2023

/s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
Ezequiel Guzman

Dated:  September 18, 2023

/s/ MARIO TAFUR
MARIO TAFUR
Counsel for Defendant
Jonathan Maldonado

Dated:  September 18, 2023                    /s/ ROGER D. WILSON
                                              ROGER D. WILSON
                                              Counsel for Defendant
                                              Matthew Mendez


Dated:  September 18, 2023                    /s/ DOUGLAS C. FOSTER
                                              DOUGLAS C. FOSTER
                                              Counsel for Defendant
                                              Alejandro Hawkins


Dated:  September 18, 2023                    /s/ ERIC H. SCHWEITZER
                                              ERIC H. SCHWEITZER
                                              Counsel for Defendant
                                              Francisco Diaz


Dated:  September 18, 2023                    /s/ VICTOR M. CHAVEZ
                                              VICTOR M. CHAVEZ
                                              Counsel for Defendant
                                              Francisco Ferman

Dated:  September 18, 2023                    /s/ STEVEN CRAWFORD
                                              STEVEN CRAWFORD
                                              Counsel for Defendant
                                              Ivan Hernandez


Dated:  September 18, 2023                    /s/ DANIEL L. HARRALSON
                                              DANIEL L. HARRALSON
                                              Counsel for Defendant
                                              Michael Neri


Dated:  September 18, 2023                    /s/ MELISSA BALOIAN
                                              MELISSA BALOIAN
                                              Counsel for Defendant
                                              Eduardo Amezcua


Dated:  September 18, 2023                    /s/ CHRISTINA CORCORAN
                                              CHRISTINA CORCORAN
                                              Counsel for Defendant
                                              Jorge Delores Cruz

Dated:  September 18, 2023                    /s/ W. SCOTT QUINLAN
                                              W. SCOTT QUINLAN
                                              Counsel for Defendant
                                              Joey Magadan


## **ORDER**

IT IS SO ORDERED that an arraignment on the superseding indictment is set for **September 27, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS FURTHER ORDERED that the status conference is continued from September 27, 2023, to **January 10, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv).

IT IS SO ORDERED.

Dated:   **September 18, 2023**            /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE