PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING DISCOVERY; FINDINGS AND PROTECTIVE ORDER |
| v. | |
| VICTOR ZERMENO, MATTHEW MENDEZ, MIGUEL BARRAGAN, JONATHAN MALDONADO, EZEQUIEL GUZMAN, VICTOR DIAZ, FRANCISCO DIAZ, EDUARDO AMEZCUA, MICHAEL NERI, ALEJANDRO HAWKINS, FRANCISCO FERMAN, IVAN HERNANDEZ, JORGE DELORES CRUZ | |
| Defendants. | |

**STIPULATION**

1. The discovery in the above-mentioned case includes thousands of pages of police reports, photographs, records, and search warrant affidavits that contain Personal Identifying Information of the

STIPULATION AND DISCOVERY PROTECTIVE ORDER

1

1 defendants, other targets of the investigation, and non-targets of the investigation.

2     2.     The government will make best efforts to redact from the discovery personal identifying
3 information of parties, such as social security numbers, driver's license numbers, etc.

4     3.     The parties and defense counsel, including but not limited to defense counsel's staff,
5 investigators, and outside assistants, shall not disclose the contents of the documents released by the
6 government through discovery in this case, except as necessary for investigative work for the
7 prosecution or presentation of defenses in this case. Although defense counsel may review discovery
8 items with their clients, to protect the personal identifying information that may be contained in the
9 discovery, no copies of documents, tape-recordings, or other items released by the government in
10 discovery in this case may be given to the defendant or any third party who is not a member of defense
11 counsel's staff or hired as defense investigators or outside assistants, including relatives or friends of the
12 defendant, unless such items have been redacted to protect the personal identifying information.

13     4.     Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may,
14 for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

15     IT IS SO STIPULATED.

Dated: October 25, 2023                          PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ ANTONIO J. PATACA
                                                 ANTONIO J. PATACA
                                                 Assistant United States Attorney

Dated: October 25, 2023                          /s/ ERNEST S. KINNEY
                                                 ERNEST S. KINNEY
                                                 Counsel for Defendant
                                                 Victor Diaz

STIPULATION AND DISCOVERY PROTECTIVE ORDER     2

**ORDER**

IT IS SO ORDERED.

Dated:   **October 26, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE