PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR JAVIER ZERMENO, a/k/a "Moreno," a/k/a "Negro";<br>MIGUEL BARRAGAN, a/k/a "Mikey," a/k/a "Mikey Banger," a/k/a "MB";<br>EZEQUIEL GUZMAN, a/k/a "Cheque";<br>JOEY MAGADAN;<br>JONATHAN MALDONADO, a/k/a "Sirjohn";<br>MATTHEW PETE MENDEZ, a/k/a "Mateo";<br>ALEJANDRO HAWKINS;<br>VICTOR AGUILAR DIAZ;<br>FRANCISCO SALINAS DIAZ, a/k/a "Kid," a/k/a "Kip";<br>FRANCISCO FERMAN;<br>IVAN ALEJANDRO HERNANDEZ;<br>MICHAEL NERI, a/k/a "Chorro";<br>EDUARDO AMEZCUA, a/k/a "E"; and<br>JORGE DELORES CRUZ, a/k/a "Jorge Dolores",<br><br>Defendants. | CASE NO. 1:23-CR-00115-NODJ-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 10, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status conference on January 10, 2024.

2. By this stipulation, defendants now move to continue the status conference until April 24, 2024, and to exclude time between January 10, 2024, and April 24, 2024, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), thousands of pages of social media content, and hours of recorded, intercepted communications. All this discovery has been either produced directly to counsel and/or made available for inspection and copying. Supplemental discovery has also been produced on multiple occasions.

    b) Counsel for defendants desire additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, conduct research, explore a pretrial resolution of the case, and otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2024 to April 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial..

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

    IT IS SO STIPULATED.

| Dated: December 29, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: December 29, 2023 | /s/ MARC DAYS<br>MARC DAYS<br>Counsel for Defendant<br>Victor Zermeno |
| Dated: December 29, 2023 | /s/ PETER JONES<br>PETER JONES<br>Counsel for Defendant<br>Miguel Barragan |
| Dated: December 29, 2023 | /s/ ANTHONY P. CAPOZZI<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>Ezequiel Guzman |
| Dated: December 29, 2023 | /s/ MARIO TAFUR<br>MARIO TAFUR<br>Counsel for Defendant<br>Jonathan Maldonado |
| Dated: December 29, 2023 | /s/ ROGER D. WILSON<br>ROGER D. WILSON<br>Counsel for Defendant<br>Matthew Mendez |
| Dated: December 29, 2023 | /s/ DOUGLAS C. FOSTER<br>DOUGLAS C. FOSTER<br>Counsel for Defendant<br>Alejandro Hawkins |

Dated:  December 29, 2023                     /s/ ERIC H. SCHWEITZER
                                              ERIC H. SCHWEITZER
                                              Counsel for Defendant
                                              Jonathan Maldonado

Dated:  December 29, 2023                     /s/ VICTOR M. CHAVEZ
                                              VICTOR M. CHAVEZ
                                              Counsel for Defendant
                                              Francisco Ferman

Dated:  December 29, 2023                     /s/ STEVEN CRAWFORD
                                              STEVEN CRAWFORD
                                              Counsel for Defendant
                                              Ivan Hernandez

Dated:  December 29, 2023                     /s/ DANIEL L. HARRALSON
                                              DANIEL L. HARRALSON
                                              Counsel for Defendant
                                              Michael Neri

Dated:  December 29, 2023                     /s/ MELISSA BALOIAN
                                              MELISSA BALOIAN
                                              Counsel for Defendant
                                              Eduardo Amezcua

Dated:  December 29, 2023                     /s/ CHRISTINA CORCORAN
                                              CHRISTINA CORCORAN
                                              Counsel for Defendant
                                              Jorge Delores Cruz

Dated:  December 29, 2023                     /s/ W. SCOTT QUINLAN
                                              W. SCOTT QUINLAN
                                              Counsel for Defendant
                                              Joey Magadan

Dated: January 3, 2024                        /s/ ERNEST S. KINNEY
                                              ERNEST S. KINNEY
                                              Counsel for Defendant
                                              VICTOR DIAZ

## **ORDER**

IT IS SO ORDERED that the status conference is continued from January 10, 2024, to **April 24, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv).

IT IS SO ORDERED.

Dated:   **January 3, 2024**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE