PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-NODJ-BAM |
| Plaintiff, | STIPULATION VACATNG STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; ORDER |
| v. | |
| VICTOR AGUILAR DIAZ, | |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status conference on April 24, 2024.

2.      By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on February 26, 2024.

3.      No exclusion of time is required as time was previously excluded up to and including April 24, 2024.

IT IS SO STIPULATED.

Dated: February 20, 2024                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney

Dated:  January 3, 2024

/s/ ERNEST S. KINNEY
ERNEST S. KINNEY
Counsel for Defendant
VICTOR DIAZ

### **ORDER**

IT IS SO ORDERED that the status conference set for April 24, 2024, is vacated. A change of plea hearing is set for **February 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded through April 24, 2024.

IT IS SO ORDERED.

Dated:  **February 22, 2024**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE