IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-cr-00115-NODJ-BAM |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| VICTOR AGUILAR DIAZ, | |
| Defendant. | |

The above-named defendant having been sentenced on July 17, 2024, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 7/17/24

_____
Honorable Dale A. Drozd
District Court Judge