ERNEST S. KINNEY #207234
Attorney at Law
2014 TULARE ST., STE. 300
Fresno, CA  93721
Telephone: (559) 905-1259
Email:  Eskinneylaw@gmail.com

Attorney for Defendant VICTOR A. DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR A. DIAZ<br>Defendant. | No.  1:23-CR-00115<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERNEST S. KINNEY AS ATTORNEY OF RECORD AND ORDER** |

On 10-4-23, Magistrate Boone appointed CJA Panel Attorney Ernest S. Kinney as trial counsel to represent Mr. Victor A. Diaz in his criminal case. Mr. Victor A. Diaz was sentenced [pursuant to a plea agreement] on 7-17-24. The time for filing a direct appeal was 7-31-24. No direct appeal was filed. Mr. Victor A. Diaz was in custody at sentencing but released credit for time served. The trial phase of Mr. Victor A. Diaz criminal case has, therefore, come to an end. Having completed his representation of Mr. Victor A. Diaz. CJA attorney Ernest S. Kinney now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Victor A. Diaz require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  October 23, 2024                                        Respectfully submitted,


                                                 /s/Ernest S. Kinney
                                                 Attorney for
                                                 Defendant, Victor A. Diaz

## ORDER

Having reviewed the notice and found that attorney Ernest S. Kinney has completed the services for which he was appointed, the Court hereby grants attorney Ernests S. Kinney's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Victor A. Diaz at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ernest S. Kinney
2014 Tulare St., Ste 300
Fresno, CA  93721


**IT IS SO ORDERED**

Date: October 28, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE